.

ANGELA DENISE ABERCROMBIE        FIRST PREMIER BANK
P.O. BOX 373                     3820 N. LOUISE AVE
SEMINARY, MS 39479               SIOUX FALLS, SD 57107


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS, MN 55438-0901


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CAVALRY PORTFOLIO SERV
ATTN: BANKRUPTCY
1 AMERICAN LANE
STE 220
GREENWICH, CT 06831

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218


CREDIT FIRST NATIONAL
PO BOX 81315
CLEVELAND, OH 44181-0315


CREDIT ONE BANK
6801 CIMARON RD
LAS VEGAS, NV 89113


DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054