Certificate Number: 17082-MSS-DE-039797352

Bankruptcy Case Number: 25-50827



17082-MSS-DE-039797352

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 23, 2025, at 4:05 o'clock PM MST, ANGELA D ABERCROMBIE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 23, 2025

By:  /s/Eli Hernandez

Name:  Eli Hernandez

Title:  Customer Service Representative